### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 01-CR-30140-02-MJR |
| ) | |
| **EARNEST D'MARCO JOHNSON,** ) | |
| ) | |
| **Defendant.** ) | |

### MEMORANDUM and ORDER

**REAGAN, District Judge:**

Before this Court is Defendant Earnest D'Marco Johnson's "Motion for Government to Secure Defendant's Presence at Sentencing Hearing(s)" (Doc. 265). Therein, counsel for Johnson argues that Johnson's presence at the *Paladino* hearing (scheduled for December 2, 2005) is necessary in order for the Court to adequately determine whether a sentencing departure is warranted. This Court disagrees. In making a *Paladino* determination, "the District Court should obtain the views of counsel, at least in writing, but *need not* require the presence of the Defendant." *United States v. Paladino,* 401 F.3d 471, 484 (7th Cir. 2005)(**emphasis added**). The Court will consider any written affidavits that Johnson submits regarding this matter. Johnson's physical presence at the *Paladino* hearing, however, is unnecessary. Accordingly, the Court hereby **DENIES** Johnson's motion (Doc. 265).

**IT IS SO ORDERED.**

**DATED this 13th day of October, 2005.**

s/Michael J. Reagan  
**MICHAEL J. REAGAN**  
**United States District Judge**